NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-3034

### SERGIO I. TORRES,

Petitioner,

v.

### DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Petition for review of the Merit Systems Protection Board
in case no. DA0752070066-B-1.

ON MOTION

## O R D E R

Sergio I. Torres moves for reconsideration of the court's December 17, 2009 order dismissing his petition for review for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination. The 15(c) form accompanies his motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion will be granted, the mandate will be recalled, the dismissal order will be vacated, and the petition will be reinstated, if Torres files his brief within 30 days of the date of filing of this order.

FOR THE COURT

JAN 13 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Lorenzo W. Tijerina, Esq.
Anuj Vohra, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 13 2010

JAN HORBALY
CLERK